IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KERI COUSINS                                                                                        PLAINTIFF(S)

v.                                              Civil No.  2:11-cv-02177

COMMERCIAL RECOVERY                                                                 DEFENDANT(S)
SYSTEMS, INC

CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated:   11/22/2011

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By: /s/ Laura L. Wolfe
                                    Deputy Clerk